341 F.2d 301
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
LYON, INCORPORATED, Respondent.
 No. 21478.
 United States Court of Appeals Fifth Circuit.
 Feb. 23, 1965.
 
 Paul M. Thompson, Atty., N.L.R.B., Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Arnold Ordman, Gen. Counsel, Allison W. Brown, Jr., Atty., N.L.R.B., Washington, D.C., for petitioner.
 Richard C. Keenan and Kullman & Lang, New Orleans, la., for respondent.
 Before JONES and BROWN, Circuit Judges, and SHEEHY, District Judge.
 PER CURIAM:
 
 
 1
 The record before us requires an enforcement of the order of the National Labor Relations Board. Accordingly, the order will be
 
 
 2
 Enforced.